1458

## APPEALS ACCEPTED FOR REVIEW

**2011–0122. State v. Hardin.**
Pike App. No. 10CA803, 2010-Ohio-6304. Discretionary appeal accepted; cause held for the decision in 2006–1806, *State v. Craig*, Summit C.P. No. CR 2006–01–0340; and briefing schedule stayed.
PFEIFER, J., dissents.

**2011–0163. Acordia of Ohio, L.L.C. v. Fishel.**
Hamilton App. No. C–100071, 2010-Ohio-6235.
PFEIFER, J., dissents.

**2011–0199. Coleman v. Portage Cty. Engineer.**
Portage App. No. 2010–P–0016, 2010-Ohio-6255. Discretionary appeal accepted; cause held for the decision in 2010–1970 and 2010–2253, *Essman v. Portsmouth*, Scioto App. No. 09CA3325, 2010-Ohio-4837; and briefing schedule stayed.
PFEIFER, J., dissents.

**2011–0213. State v. Dunn.**
Montgomery App. No. 23884, 2010-Ohio-6340.
PFEIFER, O'DONNELL, and LANZINGER, JJ., dissent.

**2011–0325. In re Antwon C.**
Hamilton App. No. C–100136. Discretionary appeal accepted; cause held for the decision in 2008–1624, *In re Smith*, Allen App. No. 1–07–58, 2008-Ohio-3234; and briefing schedule stayed.
CUPP and MCGEE BROWN, JJ., would accept the appeal on Proposition of Law No. I only.